IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

JAN KING and KIMBERLY MAYNARD

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:23-cv-00129
                                                                  (Cabell County Circuit Court,
                                                                  Civil Action No. 23-C-34)

PHYLLIS SMITH, individually and in her
capacity as the Clerk of the County
Commission of Cabell County, West
Virginia, SCOTT CASERTA, in his
capacity as the Clerk of the County
Commission of Cabell County, West
Virginia, SAMANTHA MCCOLLINS,
individually and in her capacity as
assistant Clerk of the County
Commission of Cabell County and the
COUNTY COMMISSION OF CABELL
COUNTY, WEST VIRGINIA,

    Defendants.

## NOTICE OF REMOVAL

**NOW COMES**, the Defendants, Cabell County Commission ("Commission"), Phyllis Smith, Scott Castera, and Samantha McCollins (collectively, "Defendants"), by counsel, Wendy E. Greve, Benjamin B. Vanston, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, pursuant to 28 U.S.C. §§ 1331, 1391, 1441(a), 1446, and hereby give notice that, on the grounds set forth below, that they are removing the above-styled action from the Circuit Court of Cabell County, West Virginia to the United States District Court for the Southern District of West Virginia, at Huntington. In support thereof, Defendants state and aver as follows:

    1.    Plaintiffs Kim Maynard and Jan King filed their *Complaint* in the above-styled

civil action in the Circuit Court of Cabell County, West Virginia, on or about January 30, 2023, where it was assigned the Civil Action No. 23–C–34. See Pl.'s Compl, attached hereto as **Exhibit 1**.

2.   Defendants accepted service of the Plaintiffs' *Complaint* on January 30, 2023. See Docket Sheet of Civil Action No. 23–C–34, attached hereto as **Exhibit 2**.

3.   Plaintiffs' *Summons* and *Complaint* are the only processes, pleadings, or orders served upon Defendants in this matter. See U.S.C. § 1446(a). (See Ex. 2).

4.   Plaintiffs' *Complaint* makes several allegations against the Commission, elected county officials within Cabell County, West Virginia, and their employees, who work in Cabell County, West Virginia. (See Ex. 1 at 2). Further, Plaintiffs allege "that the actions complained of occurred in Cabell County, West Virginia. (Ex. 1 at 2).

5.   Plaintiff's *Complaint* brings four causes of action against the Defendants. (See Ex. 1). The causes of action are as follows: (1) "vicarious liability" against the Commission; (2) "outrageous conduct / intentional infliction of mental and emotional distress" against Defendants; (3) "arbitrary and unreasonable state conduct pursuant to the Fourteenth Amendment and cognizable under 42 U.S.C. § 1983" against Defendants; and (4) "violation of civil rights cognizable under 42 U.S.C. § 1983" pursuant to the First, Fourth, and Fourteenth Amendments. (See Ex. 1).

6.   Pursuant to 28 U.S.C. § 1441(c)(1), "[i]f a civil action includes (A) a claim arising under the Constitution, laws, or treaties of the United States (within the meaning of section 1331 of [the U.S.C.]), and (B) a claim not within the original jurisdiction or supplemental jurisdiction of the district court[,] [...] *the entire action may be removed if the action would be removable without the inclusion of the claim described in subparagraph (B)*." § 1441(c)(1).

2

6. Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Here, removal is proper under § 1441(c)(1) because Counts III and IV of Plaintiffs' *Complaint* arise under the Constitution and laws of the United States. Therefore, Plaintiffs' *Complaint* contains a claim arising under this Honorable Court's original jurisdiction.

8. Pursuant to 28 U.S.C. § 1391(b), venue is proper when: (1) "a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;" or (2) "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred[.]"

9. Here, venue is proper in the United States District Court for the Southern District of West Virginia, Huntington Division. First, all Defendants reside in the Southern District of West Virginia. See § 1391(b)(1). Second, Plaintiffs allege "that the actions of occurred in Cabell County, West Virginia." (Ex. 1 at 2).

10. Pursuant to 28 U.S.C. § 1446(b), this *Notice of Removal* is timely as it has been filed within thirty (30) days "after the receipt by the defendant(s), through service or otherwise, of a copy of the initial pleadings" or the "service of the summons upon the defendant(s)." (See Ex. 2).

11. Pursuant to 28 U.S.C. § 1446(d), prompt written notice of this *Notice of Removal* will be provided to the Plaintiffs and to the Clerk of the Court for the Circuit Court of Cabell County, West Virginia. See Notice to All Parties and Circuit Court of Filing of Defendants' Notice of Removal, attached hereto as **Exhibit 3**.

Cabell County Commission, Phyllis Smith, Scott Castera, and Samantha McCollins
By Counsel,

/s/ Wendy E. Greve
Wendy E. Greve, WV State Bar No. 6599
Benjamin B. Vanston, WV State Bar No. 14146

**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
Telephone:  (304) 344-0100
Facsimile:   (304) 342-1545

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**JAN KING and KIMBERLY MAYNARD**

    **Plaintiffs,**

**v.**                                                    **CIVIL ACTION NO.** 3:23-cv-00129
                                                           (Cabell County Circuit Court,
                                                           Civil Action No. 23-C-34)

**PHYLLIS SMITH, individually and in her
capacity as the Clerk of the County
Commission of Cabell County, West
Virginia, SCOTT CASERTA, in his
capacity as the Clerk of the County
Commission of Cabell County, West
Virginia, SAMANTHA MCCOLLINS,
individually and in her capacity as
assistant Clerk of the County
Commission of Cabell County and the
COUNTY COMMISSION OF CABELL
COUNTY, WEST VIRGINIA,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    The undersigned, counsel of record for Defendants, Cabell County Commission, Phyllis Smith, Scott Castera, and Samantha McCollins, do hereby certify on this 15th day of February 2023, that a true copy of the foregoing *"Notice of Removal"* has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below CM/ECF participants:

                                      Michael T. Clifford, Esquire
                                          Clifford Law Offices
                                 100 Capitol Street, Suite 400
                                         Charleston, WV  25301
                                            *Counsel for Plaintiffs*

                                                                 */s/ Wendy E. Greve*
                                                             Wendy E. Greve, WV State Bar No. 6599
                                                             Benjamin B. Vanston, WV State Bar No. 14146

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
Telephone: (304) 344-0100
Facsimile: (304) 342-1545

6