**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT HUNTINGTON**

**JAN KING and KIMBERLY MAYNARD**

       **Plaintiffs,**

**v.**                                  **CIVIL ACTION NO. 3:23-cv-129**
                                         **HONORABLE ROBERT C. CHAMBERS**

**PHYLLIS SMITH, et al.,**

       **Defendants.**

## AGREED ORDER OF VOLUNTARY DISMISSAL OF
## DEFENDANT SAMANTHA MCCOLLINS

**NOW COMES**, the Plaintiffs, Jan King and Kimberly Maynard, by counsel, Michael T. Clifford and Defendant, Samantha McCollins, by counsel, Wendy E. Greve, Benjamin B. Vanston, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and hereby represent to the Court that Defendant Samantha Collins is voluntarily dismissed from this matter with prejudice. The Court, finding no objection thereto, hereby **ORDERS** that Defendant Samantha Collins is dismissed, with prejudice, with the parties to bear their own costs and attorneys' fees.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this _5th_ day of _Feb._, 2024.

_____
Honorable Robert C. Chambers

**AGREED TO BY:**

Wendy E. Greve, Esq.
Benjamin B. Vanston, Esq.
PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
*Counsel for Defendant Samantha Collins*


and

Michael T. Clifford, Esquire
Clifford Law Offices
100 Capitol Street, Suite 400
Charleston, WV 25301
*Counsel for Plaintiffs*