IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JAN KING and
KIMBERLY MAYNARD,

          Plaintiffs,

v.                                CIVIL ACTION NO.  3:23-0129
                                (consolidated with 3:23-0130)

SAMANTHA MCCOLLINS, individually
and in her capacity as assistant Clerk of the
County Commission of Cabell County,

          Defendant.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order entered by the Court on November 29, 2023, and the Agreed Order of Voluntary Dismissal of Defendant Samantha McCollins, the Court **ORDERS** that this case be dismissed and stricken from the docket of this Court.

The Court further **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

                        ENTER:        February 5, 2024

                        ROBERT C. CHAMBERS
                        UNITED STATES DISTRICT JUDGE